UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>LUIS GERARDO MORA, et al.,<br><br>Defendant(s). | CASE NO. C23-0249-KKE<br><br>ORDER TO SHOW CAUSE |

This case was filed on February 23, 2024, but there has been no activity on the docket since February 29, 2024, and it is not clear that Plaintiff served Defendants. *See* Dkt. Nos. 1, 8. Plaintiff is ordered to SHOW CAUSE no later than January 17, 2025, why this case should not be dismissed for failure to prosecute.

Dated this 8th day of January, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1